KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for Attorney General, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA BY ITS ATTORNEY GENERAL  KAMALA D. HARRIS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MITSUBISHI ELECTRIC CORPORATION and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.**<br><br>Defendants. | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>C-12-5229<br><br>C 06-4333 PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil L.R. 3-12(b) and 7-11, Plaintiffs the State of California, et al., submit this Administrative Motion to Consider Whether Cases Should be Related.

The related actions are (1) *State of California by its Attorney General Kamala D. Harris., et al. v. Mitsubishi Electric Corporation, et al.*, No. C 12 5231  (N.D. Cal., complaint filed October 9, 2012) ("*State of California, et al.,*"), and (2) *In re Dynamic Random Access Memory* (DRAM) Antitrust Litigation, Master File No. M-02-1486-PJH, MDL No. 1486 ("In re DRAM"), and (3)

*The State of California, et al., v. Infineon Technologies AG, et al., (Case No. C 06-4333 PJH)* which are pending before this Court.

This Administrative Motion is made on the grounds that the S*tate of California, et al.* arises from a common set of facts and alleges essentially the same antitrust conspiracy as in In re DRAM. Both actions allege that the defendants agreed, combined and conspired with each other to fix, raise, maintain and/or stabilize the price of DRAM and/or to allocate markets and/or customers in the United States. Relating these cases, pursuant to Civil L.R. 3-12, will advance the convenience of the parties, witnesses and counsel, and avoid the risk of duplicative or inconsistent rulings, orders and judgments, and serve the interests of justice.

Dated:  October 11, 2012              Respectfully submitted,

                                       KAMALA D. HARRIS
                                       Attorney General of California


                                       _____/S/ Emilio Varanini_____
                                       EMILIO VARANINI
                                       Deputy Attorney General
                                       *Attorneys for Attorney General, State of California*

SF2006402096
40600526.doc